**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In Re:
    **Marisa Nicole Digh**

Case No.: **15–66716–bem**
Chapter:  **7**
Judge:  **Barbara Ellis–Monro**

# *NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)*

NOTICE IS HEREBY GIVEN TO THE DEBTOR that the above referenced case, which was filed on 8/31/15, contains one or more filing deficiencies which must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov. Failure to correct a deficiency on or before the deadline(s) shown below **may result in dismissal of this case without further notice or opportunity for hearing.**

**To be filed by 09/07/15**
Signed Form B21 (Statement of Social Security Number or
Individual Taxpayer Identification Number)

**To be Filed by 09/14/15**
Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the debtor did not receive pay stubs from any employer and was either Unemployed, Self–employed or other explanation.

**To be filed by 09/30/15**
None Apply

**Failure to timely file missing documents or correct deficiencies may result in the dismissal of your bankruptcy case without further notice or opportunity for hearing.**

Dated: 9/1/15

M. Regina Thomas
Clerk of Court

Form 430a December 2014

By: Stacey Jones
    Deputy Clerk