CO. FILE DEPT. CLOCK NUMBER 030
CAK 001492 001400 0030690164 1

# Earnings Statement

**ADP**

MANAGEMENT SERVICES NETWORK, L.L.C.
P.O. BOX 2787,
COLUMBUS, GEORGIA 31902
COMPANY PH #: 706-596-2009

Period Beginning: 07/06/2015
Period Ending: 07/19/2015
Pay Date: 07/24/2015

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  GA: 0

MARISA N DIGH
170 HUNTER RIDGE DR
COVINGTON, GA 30014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.5000 | 53.32 | 613.18 | |
| Holiday | | | | 138.00 |
| **Gross Pay** | | | **$613.18** | 4,022.48 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -28.24 | 203.78 |
| | Social Security Tax | -38.01 | 249.39 |
| | Medicare Tax | -8.90 | 58.33 |
| | GA State Income Tax | -19.87 | 139.83 |

**Net Pay** $518.16

**Net Check** $518.16

Your federal taxable wages this period are $613.18
Your GA taxable wages this period are $613.18

## Time Card Detail

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Mon 07/06 | 8:03AM | 11:30AM | 12:03PM | 2:30PM | 5.90 |
| Tue 07/07 | 8:04AM | 12:09PM | 12:42PM | 2:35PM | 5.95 |
| Wed 07/08 | 8:00AM | 12:00PM | 12:28PM | 2:30PM | 6.03 |
| Fri 07/10 | 8:04AM | 12:32PM | 1:03PM | 2:30PM | 5.92 |
| Mon 07/13 | 8:16AM | 12:30PM | 12:57PM | 2:31PM | 5.80 |
| Tue 07/14 | 8:03AM | 12:30PM | 12:58PM | 2:30PM | 5.98 |
| Wed 07/15 | 8:00AM | 12:30PM | 1:10PM | 2:30PM | 5.83 |
| Thu 07/16 | 8:07AM | 12:26PM | 12:57PM | 3:02PM | 6.40 |
| Fri 07/17 | 7:06AM | 10:06AM | 10:28AM | 12:55PM | 5.50 |

©1998, 2006. ADP, LLC All Rights Reserved.
TEAR HERE

CO.    FILE    DEPT.    CLOCK NUMBER    030
CAK    001492    091408    0030714275    1

**Earnings Statement**

MANAGEMENT SERVICES NETWORK, L.L.C.
P.O. BOX 2787,
COLUMBUS, GEORGIA 31902
COMPANY PH #: 706-596-2009

Period Beginning:    07/20/2015
Period Ending:      08/02/2015
Pay Date:           08/07/2015

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  0
  GA:       0

MARISA N DIGH
170 HUNTER RIDGE DR
COVINGTON, GA 30014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.5000 | 58.15 | 668.73 | |
| Holiday | | | | 138.00 |
| **Gross Pay** | | | **$668.73** | 4,691.21 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -33.80 | 237.58 |
| | Social Security Tax | -41.47 | 290.86 |
| | Medicare Tax | -9.69 | 68.02 |
| | GA State Income Tax | -23.20 | 163.03 |
| **Net Pay** | | **$560.57** | |
| **Net Check** | | **$560.57** | |

Your federal taxable wages this period are $668.73
Your GA taxable wages this period are $668.73

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Fri | 07/31 | 7:07AM | 11:06AM | 11:37AM | 1:12PM | 5.56 |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Mon | 07/20 | 8:04AM | 11:56AM | 12:27PM | 2:31PM | 5.94 |
| Tue | 07/21 | 8:04AM | 11:59AM | 12:31PM | 2:39PM | 6.05 |
| Wed | 07/22 | 8:04AM | 12:02PM | 12:32PM | 2:32PM | 5.97 |
| Thu | 07/23 | 8:05AM | 12:09PM | 12:41PM | 2:30PM | 5.89 |
| Fri | 07/24 | 8:10AM | 11:19AM | 11:50AM | 2:20PM | 5.65 |
| Mon | 07/27 | 8:09AM | 11:25AM | 12:09PM | 2:30PM | 5.62 |
| Tue | 07/28 | 8:50AM | 12:50PM | 1:19PM | 2:30PM | 5.18 |
| Wed | 07/29 | 8:04AM | 12:15PM | 12:44PM | 2:30PM | 5.95 |

©1998, 2006. ADP, LLC All Rights Reserved.
TEAR HERE

```
CO.   FILE   DEPT.   CLOCK NUMBER   030
CAK   001492 001400  00307533394  1
```

**Earnings Statement**                                    ADP

MANAGEMENT SERVICES NETWORK, L.L.C.    Period Beginning:  08/03/2015
P.O. BOX 2787,                          Period Ending:    08/16/2015
COLUMBUS, GEORGIA 31902                 Pay Date:         08/21/2015
COMPANY PH #: 706-596-2009

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  0
  GA:       0

MARISA N DIGH
170 HUNTER RIDGE DR
COVINGTON, GA 30014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.5000 | 55.82 | 641.93 | |
| Holiday | | | | 138.00 |
| **Gross Pay** | | | **$641.93** | 5,333.14 |

| Time Card Detail | | | | | |
|---|---|---|---|---|---|
| DATE | IN | OUT | IN | OUT | TOTAL |
| Fri 08/14 | 8:21AM | 1:06PM | | | 4.75 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -31.12 | 268.70 |
| | Social Security Tax | -39.79 | 330.65 |
| | Medicare Tax | -9.31 | 77.33 |
| | GA State Income Tax | -21.60 | 184.63 |

**Net Pay**       $540.11

**Net Check**     $540.11

Your federal taxable wages this period are $641.93
Your GA taxable wages this period are $641.93

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Mon 08/03 | 8:09AM | 12:09PM | 12:42PM | 2:40PM | 5.97 |
| Tue 08/04 | 8:13AM | 11:58AM | 12:33PM | 2:30PM | 5.70 |
| Wed 08/05 | 8:04AM | 11:58AM | 12:31PM | 2:30PM | 5.88 |
| Thu 08/06 | 8:11AM | 11:58AM | 12:39PM | 2:30PM | 5.63 |
| Fri 08/07 | 8:12AM | 1:00PM | 1:35PM | 3:06PM | 6.32 |
| Mon 08/10 | 8:10AM | 11:50AM | 12:23PM | 3:06PM | 6.39 |
| Tue 08/11 | 8:08AM | 11:09AM | | | 3.02 |
| Wed 08/12 | 8:10AM | 11:50AM | 12:31PM | 3:06PM | 6.25 |

©1998, 2006. ADP, LLC All Rights Reserved.
TEAR HERE

| CO. | FILE | DEPT. | CLOCK NUMBER | 030 |
|---|---|---|---|---|
| CAK | 001492 | 001400 | 0030776797 | 1 |

# Earnings Statement

ADP

MANAGEMENT SERVICES NETWORK, L.L.C.
P.O. BOX 2787,
COLUMBUS, GEORGIA 31902
COMPANY PH #: 706-596-2009

Period Beginning: 08/17/2015
Period Ending: 08/30/2015
Pay Date: 09/04/2015

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  GA: 0

MARISA N DIGH
170 HUNTER RIDGE DR
COVINGTON, GA 30014

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.5000 | 46.88 | 539.12 | |
| Holiday | | | | 138.00 |
| | | | 539.12 | 5,872.26 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -20.84 | 299.54 |
| | Social Security Tax | -33.43 | 364.09 |
| | Medicare Tax | -7.82 | 85.15 |
| | GA State Income Tax | -15.43 | 200.06 |



Your federal taxable wages this period are $539.12
Your GA taxable wages this period are $539.12

### Time Card Detail

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Mon 08/17 | 8:11AM | 12:04PM | 12:39PM | 2:30PM | 5.73 |
| Tue 08/18 | 8:10AM | 12:21PM | 12:50PM | 2:31PM | 5.86 |
| Wed 08/19 | 8:14AM | 12:15PM | 12:44PM | 2:33PM | 5.84 |
| Fri 08/21 | 8:15AM | 11:55AM | 12:27PM | 2:30PM | 5.72 |
| Mon 08/24 | 8:08AM | 12:36PM | 1:07PM | 2:33PM | 5.90 |
| Tue 08/25 | 8:09AM | 11:13AM | 12:19PM | 3:20PM | 6.09 |
| Wed 08/26 | 8:18AM | 10:27AM | | | 2.18 |
| Thu 08/27 | 8:12AM | 1:26PM | | | 5.23 |
| Fri 08/28 | 8:10AM | 12:30PM | | | 4.33 |



©1998, 2006. ADP, LLC All Rights Reserved.

TEAR HERE