Certificate Number: 15317-GAN-DE-026498349

Bankruptcy Case Number: 15-66716



15317-GAN-DE-026498349

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 9, 2015, at 7:28 o'clock AM PST, Marisa N Digh completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:    November 9, 2015              By:     /s/Eunice Francia

                                       Name:   Eunice Francia

                                       Title:  Counselor