

**IT IS ORDERED as set forth below:**

**Date: February 4, 2016**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:

MARISA NICOLE DIGH,

    Debtor.

MARISA NICOLE DIGH,

    Movant,

v.
1ST FRANKLIN FINANCIAL
CORPORATION,

    Respondent.

CASE NO. 15-66716-BEM

CHAPTER 7

Contested Matter

# O R D E R

    Before the Court is a Motion to Avoid Lien filed by Debtor(s), as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). Respondent has not filed a response, and the motion is deemed unopposed. See BLR 6008-2, NDGa. Since the creditor whose lien is sought to be avoided has failed to controvert timely the allegations, IT IS HEREBY ORDERED that the

judicial lien held by Respondent is avoided to the extent that such lien impairs an exemption to which Debtor(s) would have been entitled pursuant to 11 U.S.C. §522(b), subject to 11 U.S.C. §§349 and 522(c) in the event of a dismissal.

**END OF ORDER**

**Distribution List**

Marisa Nicole Digh
170 Hunter Ridge Dr
Covington, GA 30014

Shannon D Sneed
Shannon D. Sneed & Associates PC
2112 Lee Street
P. O. Box 1245
Covington, GA 30015

Jason L. Pettie
Suite 150 - One Decatur Town Center
150 E. Ponce de Leon Avenue
Decatur, GA 30030

1st Franklin Financial
c/o BEN F CHEEK III, Registered Agent
135 EAST TUGALO ST.
TOCCOA, GA 30577