

**IT IS ORDERED as set forth below:**

**Date: February 4, 2016**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| MARISA NICOLE DIGH, | CASE NO. 15-66716-BEM |
| Debtor. | CHAPTER 7 |
| MARISA NICOLE DIGH, | |
| Movant, | |
| v. | Contested Matter |
| 1ST FRANKLIN FINANCIAL CORPORATION, | |
| Respondent. | |

**O R D E R**

Before the Court is a Motion to Avoid Lien filed by Debtor(s), as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). Respondent has not filed a response, and the motion is deemed unopposed. See BLR 6008-2, NDGa. Since the creditor whose lien is sought to be avoided has failed to controvert timely the allegations, IT IS HEREBY ORDERED that the

judicial lien held by Respondent is avoided to the extent that such lien impairs an exemption to which Debtor(s) would have been entitled pursuant to 11 U.S.C. §522(b), subject to 11 U.S.C. §§349 and 522(c) in the event of a dismissal.

**END OF ORDER**

**Distribution List**

Marisa Nicole Digh
170 Hunter Ridge Dr
Covington, GA 30014

Shannon D Sneed
Shannon D. Sneed & Associates PC
2112 Lee Street
P. O. Box 1245
Covington, GA 30015

Jason L. Pettie
Suite 150 - One Decatur Town Center
150 E. Ponce de Leon Avenue
Decatur, GA 30030

1st Franklin Financial
c/o BEN F CHEEK III, Registered Agent
135 EAST TUGALO ST.
TOCCOA, GA 30577

```
                         United States Bankruptcy Court
                          Northern District of Georgia
In re:                                                            Case No. 15-66716-bem
Marisa Nicole Digh                                                Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 113E-9          User: dillard                Page 1 of 1                  Date Rcvd: Feb 04, 2016
                              Form ID: pdf400              Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2016.
db             #+Marisa Nicole Digh,    170 Hunter Ridge Dr,    Covington, GA 30014-8428
aty             +Shannon D Sneed,    Shannon D. Sneed & Associates PC,    2112 Lee Street,    P. O. Box 1245,
                  Covington, GA 30015-1245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: notices@jasonpettie.com Feb 04 2016 21:26:55      Jason L. Pettie,
                 Suite 150 - One Decatur Town Center,    150 E. Ponce de Leon Avenue,    Decatur, GA 30030-2543
                E-mail/Text: bankruptcy@1ffc.com Feb 04 2016 21:28:56      1st Franklin Financial,
                 c/o BEN F CHEEK III, Registered Agent,    135 EAST TUGALO ST.,    TOCCOA, GA 30577
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2016 at the address(es) listed below:
              Jason L. Pettie    trustee@jasonpettie.com, GA25@ecfcbis.com;jp@trustesolutions.net
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Shannon D Sneed    on behalf of Debtor Marisa Nicole Digh bankruptcy@sneedlaw.net
                                                                                             TOTAL: 3
```