## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re:  Debtor(s)
    **Marisa Nicole Digh**
    170 Hunter Ridge Dr
    Covington, GA 30014

    **xxx−xx−6123**

Case No.: **15−66716−bem**
Chapter:  **7**
Judge:  **Barbara Ellis−Monro**

### ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Jason L. Pettie**

the Trustee in said case, has filed his report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

_____
Barbara Ellis−Monro
United States Bankruptcy Judge

Dated: March 1, 2016
Form 184

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                  Case No. 15-66716-bem
Marisa Nicole Digh                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: rodriguez           Page 1 of 1           Date Rcvd: Mar 01, 2016
                              Form ID: 184              Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2016.
db           #+Marisa Nicole Digh,    170 Hunter Ridge Dr,    Covington, GA 30014-8428
aty           +Shannon D Sneed,    Shannon D. Sneed & Associates PC,    2112 Lee Street,   P. O. Box 1245,
                Covington, GA 30015-1245
19300380      +1st Franklin Financial Cor,    213 E Tugalo St.,    Toccoa, GA 30577
19300382       Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
19300383       Chase Bank USA NA,    P.O. Box 15298,    Wilmington, DE 19850-5298
19300384       Comenity Bank_Goody's,    P.O. Box 182125,    Columbus, OH 43218-2125
19300385       Comenity Bank_Maurice's,    P.O. Box 182789,    Columbus, OH 43218-2789
19300386       Comenity Bank_VCTRSSEC,    P.O. Box 18279,    Columbus, OH 43218-2789
19300387       Credit Management LP,    4200 International Pkwy,    Carrollton, TX 75007-1912
19300389      +Dekalb Medical Center,    2701 North Decatur Road,    Decatur, GA 30033-5918
19300390       Dept of Ed_Navient,    300 Continental Drive,    Newark, DE 19713-4322
19300391       Enhanced Recovery Company,    P.O. Box 57547,    Jacksonville, FL 32241-7547
19300393      +Hayes Furniture Co Inc,    6166 Washington St SW,    Covington, GA 30014-2780
19300394      +Hughes Network Systems, LLC,    841 3 Fountains Drive Unit 248,    Murray, UT 84107-5265
19300395     ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
              (address filed with court:  Lendmark Financial Services LLC,    2118 Usher Street NW,
                Covington, GA 30014-2434)
19300396      +Sears_CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
19300397       Sellars Motors,    295 GA-162,    Covington, GA 30016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +E-mail/Text: notices@jasonpettie.com Mar 01 2016 21:05:50     Jason L. Pettie,
                Suite 150 - One Decatur Town Center,    150 E. Ponce de Leon Avenue,   Decatur, GA 30030-2543
ust           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Mar 01 2016 21:05:55
                Office of the United States Trustee,    362 Richard Russell Building,   75 Ted Turner Drive, SW,
                Atlanta, GA 30303-3315
19300381      +E-mail/Text: g20956@att.com Mar 01 2016 21:06:39     ATT,   P.O. Box 537104,
                Atlanta, GA 30353-7104
19300388       E-mail/Text: amask@darnelrecovery.com Mar 01 2016 21:06:52     Darnel Quick Recovery,
                P.O. Box 2416,    Covington, GA 30015-7416
19300392       E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2016 21:09:24     GECRB_Amazon PLCC,
                P.O. Box 965015,    Orlando, FL 32896-5015
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2016 at the address(es) listed below:
              Jason L. Pettie    trustee@jasonpettie.com, GA25@ecfcbis.com;jp@trustesolutions.net
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Shannon D Sneed    on behalf of Debtor Marisa Nicole Digh bankruptcy@sneedlaw.net
                                                                                              TOTAL: 3